## Commonwealth *v.* Hughes, Appellant.

Submitted June 10, 1968. *John H. Lewis, Jr.,* for appellant; *Roger F. Cox* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.